| **United States Bankruptcy Court**<br>**Central District of California** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hormi Holding Company, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **11-1956237** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**339 Half Mile Road**<br>**Central Islip, NY**<br>ZIP CODE **11722** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Suffolk** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**c/o Sanford Horowitz**<br>**660 Bootjack Lake Road**<br>**Whitefish, Montana**<br>ZIP CODE **59937** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**Troy, NY**<br>ZIP CODE **12179** | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7 ☒ Chapter 11 ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9 ☐ Chapter 12<br>☐ Chapter 13 ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☒ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box)<br>☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>Check all applicable boxes<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Form B1 (Official Form 1) (1/08) — Central District of California

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s)<br>**Hormi Holding Company, Inc.** | **FORM B1**, Page 2 |
|---|---|---|

| **Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**Sanford Jay Horowitz** | Case Number:<br>**1:09-bk-24651-MT** | Date Filed:<br>**11/3/2009** |
| District:<br>**Central** | Relationship:<br>**Affilitate** | Judge:<br>**Maureen A. Tighe** |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>❑  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X  **Not Applicable**<br>     Signature of Attorney for Debtor(s)          Date |
|---|---|

| **Exhibit C**<br><br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>❑  Yes, and Exhibit C is attached and made a part of this petition.<br>☑  No | **Exhibit D**<br>(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>❑     Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br><br>❑     Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |
|---|---|

**Information Regarding the Debtor - Venue**
(Check any applicable box)

❑     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑     There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

❑     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

❑     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

❑     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

❑     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

❑     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | FORM B1, Page 3 |
|---|---|
| *(This page must be completed and filed in every case)* | Name of Debtor(s)<br>**Hormi Holding Company, Inc.** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐   I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X  **Not Applicable**<br>────────────────<br>Signature of Debtor<br><br>X  **Not Applicable**<br>────────────────<br>Signature of Joint Debtor<br><br>────────────────<br>Telephone Number (If not represented by attorney)<br><br>────────────────<br>Date | X  **Not Applicable**<br>────────────────<br>(Signature of Foreign Representative)<br><br>────────────────<br>(Printed Name of Foreign Representative)<br><br>────────────────<br>Date |
| **Signature of Attorney**<br><br>X  **/s/, Peter M. Lively**<br>────────────────<br>Signature of Attorney for Debtor(s)<br><br>**Peter M. Lively, Esq**<br>────────────────<br>Printed Name of Attorney for Debtor(s)<br><br>**Law Office of Peter M. Lively**<br>────────────────<br>Firm Name<br><br>**11268 Washington Blvd., Suite 203 Culver City, California 90230**<br>────────────────<br>Address<br><br>**(310) 391-2400**      **(310) 391-2462**<br>────────────────<br>Telephone Number<br><br>**10/8/2010**      **162686**<br>────────────────<br>Date      Bar Number<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>────────────────<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>────────────────<br>Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>────────────────<br>Address<br><br>X  **Not Applicable**<br>────────────────<br>Date |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  **/s/, Sanford Jay Horowitz**<br>────────────────<br>Signature of Authorized Individual<br><br>**Sanford Jay Horowitz**<br>────────────────<br>Printed Name of Authorized Individual<br><br>**President**<br>────────────────<br>Title of Authorized Individual<br><br>**10/8/2010**<br>────────────────<br>Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR | | |
|---|---|---|
| Name of Debtor | Case Number | Date |
| **Horowitz Management of Troy, Inc.** | **1-10-bk-14405-MT** | **04/15/2010** |
| District | Relationship | Judge |
| **Central** | **Related Case** | **Maureen A. Tighe** |

Form B1, Exh. A - (Rev. 3/98)                                                        1998 USBC, Central District of California

# Exhibit "A"

[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]

In re:  **Hormi Holding Company, Inc.**          **None**                    Case No.
        **11-1956237**                                            Chapter    **11**

# Exhibit "A" to Voluntary Petition

1.      If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file
        number is **None**.

2.      The following financial data is the latest available information and refers to debtor's condition on **None**.

a.      Total assets                                                    $ _____

b.      Total debts (including debts listed in 2.c., below)            $ _____

                                                                                                Approximate
                                                                                                number of
                                                                                                holders

c.      Debt securities held by more than 500 holders.

            secured          unsecured          subordinated      _____      _____

d.      Number of shares of preferred stock                           _____      _____

e.      Number of shares of common stock                              _____      _____

        Comments, if any:
        **None**

3.      Brief description of debtor's business:
        **7**

4.      List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the
        voting securities of debtor:
        **None**

## United States Bankruptcy Court

### Central District of California

In re:                                                                Case No. _____

                                                                      Chapter      **11**

**Hormi Holding Company, Inc.**


# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Sanford Jay Horowitz**, declare under penalty of perjury that I am the **President** of **Hormi Holding Company, Inc.,** a **New York** Corporation and that on **10/07/2010** the following resolution was duly adopted by the  of this Corporation:


"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Sanford Jay Horowitz**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and


Be It Further Resolved, that **Sanford Jay Horowitz**, **President** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and


Be It Further Resolved, that **Sanford Jay Horowitz**, **President** of this Corporation, is authorized and directed to employ **Peter M. Lively, Esq**, attorney and the law firm of **Law Office of Peter M. Lively** to represent the Corporation in such bankruptcy case."


Executed on:   **10/8/2010** _____            Signed:   **/s/. Sanford Jay Horowitz** _____

                                                                          **Sanford Jay Horowitz**

# United States Bankruptcy Court
## Central District of California

In re    **Hormi Holding Company, Inc.**                    Case No.

Debtor.                                                     Chapter    **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **Hormi Holding Company, Inc.** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and
7007.1 state as follows:

    **X**   All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests
are listed below:

**Owner**                                                  **% of Shares Owned**

**Sanford Jay Horowitz**                                   **100**
**660 Bootjack Lake Road**
**Whitefish, Montana 59937**

OR,

_____    There are no entities to report.

By /s/. Peter M. Lively
         **Peter M. Lively, Esq**
         Signature of Attorney
         Counsel for    **Hormi Holding Company, Inc.**
         Bar no.:    **162686**
         Address.:    **Law Office of Peter M. Lively**
                **11268 Washington Blvd., Suite 203**
                **Culver City, California 90230**
         Telephone No.:    **(310) 391-2400**
         Fax No.:    **(310) 391-2462**
         E-mail address:    **PeterMLively@aol.com**

Form B4 (Official Form 4) - (12/07)                                    2007 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA |
|---|

| In re: **Hormi Holding Company, Inc.** | CHAPTER: **11** |
|---|---|
| Debtor(s). | CASE NO.: |

## Form 4.
# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| E. Christopher Murray RuskinMoscouFaltischek 145 RXR Plaza, East Tower 15th Fl. Uniondale, NY 11556-1425 | | | | $7,500.00 |
| Reisman Peirez & Reisman 1305 Franklin Ave Garden City, NY 11530 | | | UNLIQUIDATED DISPUTED | $89,376.97 |
| Peters & Hoggan, LLP 90 State Street, 10th Floor Albany, NY 12207 | | | | $23,511.91 |
| Bartle, McGrane, Duffy & Jones, LLP P.O. Box 448 Troy, NY 12181 | | | | $15,239.13 |
| Dorfman-Robbie CPAs P.C. 6 Wembley Court Albany, NY 12205 | | | | $38,802.00 |
| National Construction P.O. Box 4503 Pacoima, CA 91333 | | | | $1,010.00 |

Form B4 (Official Form 4) -  Continued (12/07)                                              2007 USBC, Central District of California

| | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT** | | |
| **CENTRAL DISTRICT OF CALIFORNIA** | | |

In re:   **Hormi Holding Company, Inc.**

Debtor(s).

CHAPTER:   **11**

CASE NO.:

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Precision Environmental Services**<br>**831 Route 67**<br>**Ballston Spa, NY 12020** | | | | **$3,844.80** |
| **CB Richard Ellis**<br>**100 Great Oaks Blvd.,  #114**<br>**Albany, NY 12203** | | | | **$8,712.39** |
| **Materials Recovery Company**<br>**1 Monroe St.**<br>**Troy, NY 12180** | | | | **$135,000.00** |
| **Cincinnati Insurance Comapany**<br>**c/o Kevin P. Smith**<br>**Law Office of Roberta A. Stutman**<br>**225 Broadway, Suite 2605**<br>**New York, NY 1007** | | | | **$135,000.00** |
| **Matthew Ryan**<br>**Troy Food and Beverage, LLC**<br>**13 1st Street**<br>**Troy, NY 12180** | | | | **$50,000.00** |
| **Citibank**<br>**P.O. Box 26892**<br>**San Francisco, CA 94126** | | | | **$47,688.07** |

Form B4 (Official Form 4) -  Continued (12/07)                                    2007 USBC, Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:   **Hormi Holding Company, Inc.**                           CHAPTER:   **11**

                                                    Debtor(s).   CASE NO.:

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Spectra Engineering**<br>**c/o Douglas M. Fisher**<br>**Solomon and Solomon, PC**<br>**5 Columbia Circle, Box 15019**<br>**Albany, NY 12203** | | | | **$44,712.65** |
| **National Grid**<br>**P.O. Box 1303**<br>**Buffalo, NY 14240** | | | | **$29,376.00** |
| **Frank Arlia**<br>**Arlia & Associates CPA's LLP**<br>**10 Jefferson Blvd**<br>**Staten Island, NY 10312** | | | | **$14,796.00** |

### Declaration Under Penalty of Perjury
### on Behalf of a Corporation or Partnership

I, Sanford Jay Horowitz President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  **10/8/2010**

**/s/, Sanford Jay Horowitz**
**Sanford Jay Horowitz ,President**
Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court
## Central District of California

In re:  **Hormi Holding Company, Inc.**                                      Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **Sanford Jay Horowitz** | **All** | **None** | **N/A** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Sanford Jay Horowitz**, **President** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:  __10/8/2010__                                    **/s/, Sanford Jay Horowitz**

                                                         **Sanford Jay Horowitz, President, Hormi Holding Company, Inc.**
                                                         Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Party Name, Address, Telephone (CA State Bar No. if applicable)

**Peter M. Lively, Esq**
**Law Office of Peter M. Lively**
**11268 Washington Blvd., Suite 203**
**Culver City, California 90230**

Phone: **(310) 391-2400**     Fax: **(310) 391-2462**
California State Bar Number:   **162686**
*Attorney for* **Hormi Holding Company, Inc.**

FOR COURT USE ONLY

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

n re:     **Hormi Holding Company, Inc.**

CHAPTER:   **11**

CASE NUMBER

Debtor.

(No Hearing Required)

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
## (Required by General Order 97-02)

*Attach additional sheets as necessary and indicate so in each section*

1.   Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (from Form S0100, S0200, or S0300):

   **N/A**

2.   Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

   **399 Half Miles Road**
   **Central Islip, NY 11722**

3.   Disclose the current business address(es) for all corporate officers:

   **660 Bootjack Lake Road**
   **Whitefish, MT 59937**

4.   Disclose the current business address(es) where the Debtor's books and records are located:

   **399 Half Miles Road**
   **Central Islip, NY 11722**

| In re **Hormi Holding Company, Inc.** | CHAPTER: **11** |
|---|---|
| Debtor. | CASE NO.: |

5. List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor 's most recent balance sheet:

   **Troy, New York**

6. Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

   **1044 Meadows End Drive**
   **Calabasas, CA 91302**
   **(Former address of corporate officer as of 6/22/2010)**

7. State the name and address of the individual signing this Statement and the relationship of such person to the Debtor (specify):

   **Sanford Jay Horowitz**
   **President of Hormi Holding Company, Inc**
   **660 Bootjack Lake Road**
   **Whitefish, MT 59937**

8. Total number of attached pages of supporting documentation:     0

9. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the   **8**   day of   **10**   ,20 **10** ,at   **Culver City**   , California

**Sanford Jay Horowitz**                          **/s/, Sanford Jay Horowitz**

*Type Name of Officer*                             *Signature of Declarant*

**President**

*Position or Title of Officer*

**STATEMENT OF RELATED CASES**

## INFORMATION REQUIRED BY LOCAL RULE 1015-2

## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**An affiliate of Debtor, Sanford Jay Horowitz, filed his Chapter 11 proceeding on 11/03/2009 in Central District of California, San Fernando Division bearing case #1:09-bk-24651-MT. Case is Pending.**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Culver City**                              , California   **/s/, Sanford Jay Horowitz**

                                                                                    Debtor

Dated: **10/8/2010**

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised May 2004*                                                                                     **F 1015-2.1**

Form B203- Disclosure of Compensation of Attorney for Debtor- (1/88)                              1998 USBC, Central District of California

---

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.: |
|---|---|
| **Hormi Holding Company, Inc.** | ## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR |
| Debtor. | |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **Hourly at $425** |
| Prior to the filing of this statement I have received | $ | **1,000.00** |
| Balance Due | $ | *Hourly* |

2. The source of compensation paid to me was:

☐ Debtor          ☒ Other (specify)          **Fees paid by Horowitz Management, Corporation.**

3. The source of compensation to be paid to me is:

☒ Debtor          ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d) [Other provisions as needed]

   **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **Adversary Proceedings**

**Form B203- Disclosure of Compensation of Attorney  for Debtor- (1/88)**                                      **1998 USBC, Central District of California**

| In re | **Hormi Holding Company, Inc.** | Case No.: | |
|---|---|---|---|
| | Debtor. | | (If known) |

## CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.


__10/8/2010__                                              __/s/, Peter M. Lively__
*Date*                                                    *Signature of Attorney*


                                                         **Law Office of Peter M. Lively**
                                                         *Name of Law Firm*

Verification of Creditor Mailing List - (Rev. 10/05)                                  2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name        **Peter M. Lively, Esq**

Address     **Law Office of Peter M. Lively**

            **11268 Washington Blvd., Suite 203**

            **Culver City, California 90230**

Telephone   **(310) 391-2400**

☒  Attorney for Debtor(s)

☐  Debtor In Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years:<br><br>**Hormi Holding Company, Inc.** | Case No.: |
| | Chapter:          **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____**3**_____ sheet(s) is complete, correct , and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:   **10/8/2010**                           **/s/, Sanford Jay Horowitz**

                                                Sanford Jay Horowitz ,President

**/s/, Peter M. Lively**

Peter M. Lively, Esq, Attorney *(if applicable)*

HORMI HOLDING COMPANY, INC.
C/O SANFORD HOROWITZ
660 BOOTJACK LAKE ROAD
WHITEFISH, MONTANA 59937

PETER M. LIVELY, ESQ
LAW OFFICE OF PETER M. LIVELY
11268 WASHINGTON BLVD., SUITE 203
CULVER CITY, CALIFORNIA 90230

BARTLE, MCGRANE, DUFFY & JONES, LLP
P.O. BOX 448
TROY, NY 12181

CB RICHARD ELLIS
100 GREAT OAKS BLVD.,  #114
ALBANY, NY 12203

CINCINNATI INSURANCE COMAPANY
C/O KEVIN P. SMITH
LAW OFFICE OF ROBERTA A. STUTMAN
225 BROADWAY, SUITE 2605
NEW YORK, NY 1007

CITIBANK
P.O. BOX 26892
SAN FRANCISCO, CA 94126

CITIBANK BUSINESS BANK LOAN
100 CITIBANK DR., BLDG. 1. FL.1
SAN ANTONIO, TX 78245

CITY OF TROY
1776 SIXTH AVE
TROY NY 12180

COUNTY OF RENSSELAER
REAL PROPERTY TAX SERVICES
1600 7TH AVENUE, 5TH FLOOR
TROY, NEW YORK 12180

DORFMAN-ROBBIE CPAS P.C.
6 WEMBLEY COURT
ALBANY, NY 12205

E. CHRISTOPHER MURRAY
RUSKINMOSCOUFALTISCHEK
145 RXR PLAZA, EAST TOWER 15TH FL.
UNIONDALE, NY 11556-1425

```
FRANK ARLIA
ARLIA & ASSOCIATES CPA'S LLP
10 JEFFERSON BLVD
STATEN ISLAND, NY 10312

INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

MATERIALS RECOVERY COMPANY
C/O DREYER BOYAJIAN, LLP
75 COLUMBIA STREET
ALBANY, NY 12210

MATERIALS RECOVERY COMPANY
1 MONROE ST.
TROY, NY 12180

MATTHEW RYAN
C/O BOSMAN & ASSOCIATES, PLLC
ONE EXECUTIVE CENTRE DR., # 102
ALBANY, NY 12203

MATTHEW RYAN
TROY FOOD AND BEVERAGE, LLC
13 1ST STREET
TROY, NY 12180

NATIONAL CONSTRUCTION
P.O. BOX 4503
PACOIMA, CA 91333

NATIONAL GRID
P.O. BOX 1303
BUFFALO, NY 14240

NYS DEPT. OF TAXATION & FINANCE
P.O. BOX 5300
ALBANY, NY 12205-5300
```

PETERS & HOGGAN, LLP
90 STATE STREET, 10TH FLOOR
ALBANY, NY 12207

PRECISION ENVIRONMENTAL SERVICES
831 ROUTE 67
BALLSTON SPA, NY 12020

REISMAN PEIREZ & REISMAN
1305 FRANKLIN AVE
GARDEN CITY, NY 11530

SANFORD JAY HOROWITZ

SEFCU
C/O CLARK & ASSOCIATES, P.C.
2999 OVERLAND AVE., SUITE 204
LOS ANGELES, CA 90064

SPECTRA ENGINEERING
C/O DOUGLAS M. FISHER
SOLOMON AND SOLOMON, PC
5 COLUMBIA CIRCLE, BOX 15019
ALBANY, NY 12203